UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24158-CV-REID

JENIFER GUTIERREZ-ZAPATA
*and other similarly situated individuals*,

      Plaintiff(s),

v.

CLICK MAIL CORP, et al.

      Defendants.

_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This CAUSE is before the Court on the on the Parties' Joint Motion for Approval of Settlement of FLSA Claims and Stipulation for Dismissal of Complaint *with Prejudice*. [ECF No. 25]. The parties have attached to the Joint Motion an executed copy of their Settlement Agreement, Waiver, and Release. [ECF No. 25-1]. This cause has been referred by the Honorable Ursula Ungaro for any and all further proceedings in this matter, to include the evaluation of the fairness of the parties' settlement and to enter final judgment. [ECF No. 24]. The Court has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully involved in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an

adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute over FLSA provisions. The terms of the settlement were announced on the record in open Court. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorneys' fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

ORDERED AND ADJUDGED that the parties' settlement agreement (including attorneys' fees and costs) [ECF No. 25] is hereby **APPROVED**, and this action is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in chambers, at Miami, Florida on this 11th day of January, 2021.

                                                                                        s/**Lisette M. Reid**
                                                      UNITED STATES MAGISTRATE JUDGE

cc:     All Counsel of Record